■ NEW YORK RACING ASSOCIATION INC., Appellant, v NEW YORK CITY OFF-TRACK BETTING CORPORATION, Respondent. [856 NYS2d 618]—

Judgment, Supreme Court, New York County (Bernard J. Fried, J.), entered February 14, 2007, dismissing the complaint, unanimously affirmed, without costs. Appeal from order, same court and Justice, entered January 26, 2007, which denied plaintiff's motion for summary judgment and granted defendant's cross motion to dismiss the complaint for failure to timely serve a notice of claim, unanimously dismissed, without costs, as subsumed in the appeal from the judgment.

Plaintiff's failure to serve a notice of claim within 90 days after defendant's alleged breach of the parties' memorandum of understanding is a bar to the instant action (*see* Racing, Pari-Mutuel Wagering and Breeding Law § 618; *Zoll v New York City Off-Track Betting Corp.*, 258 AD2d 267 [1999], *lv denied* 94 NY2d 754 [1999]; *see also Zoll v Suffolk Regional Off-Track Betting Corp.*, 259 AD2d 696 [1999]). Plaintiff's claim accrued when its damages were ascertainable (*see C.S.A. Contr. Corp. v New York City School Constr. Auth.*, 5 NY3d 189, 192-193 [2005]; *Alfred Santini & Co. v City of New York*, 266 AD2d 119 [1999], *lv denied* 95 NY2d 752 [2000]), i.e., after it received the first of defendant's monthly payments that did not include the increase allegedly due under the renewal provision of the memorandum of understanding. Plaintiff did not file its notice of claim until more than 10 months after it received the payment.

Plaintiff's estoppel argument has no support in the record.

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Tom, J.P., Andrias, Nardelli and Williams, JJ. [*See* 14 Misc 3d 1221(A), 2007 NY Slip Op 50110(U).]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD BANZACA, Appellant. [857 NYS2d 517]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about September 27, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Nardelli and Williams, JJ.